UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARLA PAOLA PAREDES CHUMBIRIZO,<br><br>            Petitioner,<br><br>    v.<br><br>MOISES BECERRA, et al.,<br><br>            Respondents. | No. 1:25-cv-01889-DJC-CSK<br><br><br>ORDER |

On December 22, 2025, this Court granted Petitioner's Motion for Temporary Restraining Order and ordered Respondents to show cause, in writing, as to why the Court should not issue a preliminary injunction on the same terms as the Temporary Restraining Order. (TRO (ECF No. 8) at 4–5.) As of date, Respondents have not filed any response. The Court construes the failure to file a timely opposition as a non-opposition pursuant to Local Rule 230(c). Petitioner filed a Reply, (Reply (ECF No. 9)), arguing that she has satisfied the requirements for a preliminary injunction.[1]

---

[1] Petitioner also states that upon her release, ICE issued administrative paperwork directing future immigration check-ins and reporting, which she contends is inconsistent with this Court's Temporary Restraining Order. (Reply at 1–2.) To clarify, the Court did not order "release without conditions." (Id. at 2.) Instead, "Respondents shall not impose any additional restrictions on [Petitioner] unless that is determined to be necessary at a future pre-deprivation/custody hearing." (TRO at 4.) To the extent that

1

In light of Respondents' non-opposition and for the reasons discussed in the Court's Temporary Restraining Order (see TRO at 3–4), IT IS HEREBY ORDERDED THAT:

1. A Preliminary Injunction shall issue on the same terms set forth in the Temporary Restraining Order (ECF No. 8).
2. Having released Petitioner as required by the Temporary Restraining Order, Respondents shall not impose any additional restrictions on her, such as electronic monitoring, unless that is determined to be necessary at a future pre-deprivation/custody hearing.
3. Respondents are ENJOINED AND RESTRAINED from re-arresting or redetaining Petitioner absent compliance with constitutional protections, which include, at a minimum, pre-deprivation notice describing the change of circumstances necessitating her arrest and detention, and a timely hearing. At any such hearing, the Government shall bear the burden of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a risk of flight, and Petitioner shall be allowed to have her counsel present.
4. This Order shall remain in effect until the resolution of this action or until otherwise ordered by the Court. The case is referred to the Magistrate Judge for all further proceedings.

IT IS SO ORDERED.

Dated:  **December 30, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

---

Respondents subjected Petitioner to additional obligations, Petitioner may file a motion to enforce the terms of this Order.

2

DJC6 – PAREDESCHUMBIRIZO25cv01889.pi

3